WARNER, APPELLEE, *v.* CITY OF DAYTON, APPELLANT.

[Cite as Warner *v.* Dayton (1990), 50 Ohio St. 3d 132.]

(No. 90-65—Submitted March 7, 1990—Decided April 11, 1990.)

*Hanaghan & Dyer* and *Michael E. Dyer,* for appellee.

*J. Anthony Sawyer,* director of law, *Freund, Freeze & Arnold, Neil F. Freund* and *Lisa A. Hesse,* for appellant.

Appellant's motion to certify the record is allowed and the judgment of the court of appeals is reversed on authority of *Provencher* v. *Ohio Dept. of Transp.* (1990), 49 Ohio St. 3d 265, 551 N.E. 2d 1257.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.